MARIE HELENE FLUEGEL, as Administratrix of the Estate of ERNEST J. FLUEGEL, Deceased, Appellant, *v.* FREDERICK R. COUDERT, Respondent, Impleaded with Another.

(Submitted April 4, 1927; decided April 7, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 393.)